Conforming Copy

FILED 2009 MAR 25 PM 1:22 CLERK U.S. DISTRICT COURT CENTRAL DISTRICT CALIF. LOS ANGELES BY ___

1  SHARON DOUGLASS MAYO - State Bar No. 150469
   sharon.douglass.mayo@aporter.com
2  DANIKA B. VITTITOE - State Bar No. 235337
   danika.vittitoe@aporter.com
3  VIKRAM SOHAL - State Bar No. 240251
   vikram.sohal@aporter.com
4  ARNOLD & PORTER LLP
   777 South Figueroa Street, 44th Floor
5  Los Angeles, California 90017-5844
   Telephone: (213) 243-4000
6  Facsimile: (213) 243-4199

7  Attorneys for Plaintiffs

8

9

10              UNITED STATES DISTRICT COURT

11             CENTRAL DISTRICT OF CALIFORNIA

12

CV09-02059 MRP JTLx

13  RANGE ROAD MUSIC, INC.,           )  Case No:
    SONY/ATV HARMONY,                 )
14  WILLIAMSON MUSIC COMPANY,         )  COMPLAINT FOR VIOLATIONS OF
    DANIEL KURAMOTO D/B/A             )  COPYRIGHT ACT
15  LITTLE TIGER MUSIC, KIMO          )
    CORNWELL D/B/A OMIK MUSIC,        )  (17 U.S.C. §§ 101 et seq.)
16  TERI KOIDE D/B/A SKHAMALEE        )
    MUSIC AND UNIVERSAL MUSIC         )
17  CORPORATION,                      )
                                      )
18              Plaintiffs,           )
                                      )
19  v.                                )
                                      )
20  EAST COAST FOODS, INC. AND        )
    HERBERT HUDSON,                   )
21                                    )
                Defendants.           )
22                                    )
                                      )
23                                    )

24

25

26

27

28

Plaintiffs allege:

1. This action arises under the Copyright Act of the United States, Title 17, United States Code, §§ 101 et seq. (the "Copyright Act" herein) as hereinafter more fully appears. Jurisdiction is conferred by virtue of Title 28, United States Code § 1338(a).

2. Plaintiffs allege eight (8) causes of action for copyright infringement based on the defendants' public performances of copyrighted musical compositions. SCHEDULE A annexed to the Complaint sets forth in summary form the allegations hereinafter made with respect to the plaintiffs, their copyrighted musical compositions, and defendants' acts of infringement.

3. Plaintiffs named in Column 2 (all references to columns are to columns in SCHEDULE A) are the owners of the copyrights in the works listed in Column 3, and are properly joined in this complaint under Rule 20, Fed. R. Civ. P.

4. Defendant East Coast Foods, Inc. is a California corporation which did at the times hereinafter mentioned and still does own, control, manage, operate and maintain a place of business for public entertainment, accommodation, amusement and refreshments known as Roscoe's Chicken & Waffles, located at 730 East Broadway, in Long Beach, in the State of California.

5. Upon information and belief, defendant Herbert Hudson is a resident of this District and, at all times hereinafter mentioned was and still is President and principal stockholder of defendant East Coast Foods, Inc., with primary responsibility for the control, management, operation and maintenance of the affairs of said corporation. The acts hereinafter complained of were done with his active assistance, cooperation, acquiescence and procurement, and he derives financial benefit therefrom.

6. Musical compositions were and are publicly performed at said place of business.

7. The original musical compositions listed in Column 3 were created and written by the persons named in Column 4.

8. Each composition was published on the date in Column 5, and since the date of publication has been printed and published in strict conformity with Title 17, U.S.C.

9. The composition named in causes of action 1 and 2 were registered as unpublished compositions on the dates sated in Column 5.

10. The plaintiffs named in each cause of action, including their predecessors in interest, if any, complied in all respects with Title 17, U.S.C., and secured the exclusive rights and privileges in and to the copyright of each composition listed in Column 3, and received from the Register of Copyrights a Certificate of Registration, identified as set forth in Column 6.

11. The compositions for which there are entities in Column 7 and 8 are now in the renewal term of copyright, secured by due filing of an application for renewal of copyright in the office of the Register of Copyrights. The Register of Copyrights thereupon issued Certificates of Registration of the respective claims to the renewal of copyrights in the names of those claimants listed in Column 7. The dates and identification numbers of such certificates are set forth in Column 8.

12. Defendants on the dates specified in Column 9, and upon information and belief, at other times prior and subsequent thereto, infringed the copyright in each composition named in Column 3 by giving public performances of the compositions on defendants' premises, for the entertainment and amusement of the patrons attending said premises, and defendants threaten to continue such infringing performances.

13. The performances of the plaintiffs' copyrighted musical compositions on the dates specified in Column 9 on defendants' premises were unauthorized: neither defendants, nor any of the defendants' agents, servants or employees, nor any

performer was licensed by, or otherwise received permission from any plaintiff or any agent, servant or employee of any plaintiff to give such performances.

14. In undertaking the conduct complained of in this action, defendants knowingly and intentionally violated plaintiffs' rights. Defendants' knowledge and intent are established by the following facts:

(a) Defendants have not sought or obtained a license agreement from plaintiffs or the American Society of Composers, Authors and Publishers (ASCAP), a performing rights licensing organization of which all plaintiffs are members.

(b) Despite numerous letters and other contacts by ASCAP representatives informing the defendants of their liability under the United States Copyright Law, defendants have continued to perform copyrighted music without permission during the hours that defendants' establishment is open to the public for business and presenting musical entertainment.

(c) The many unauthorized performances at Roscoe's Chicken & Waffles include the performances of the eight copyrighted musical compositions upon which this action is based.

15. At the times of the acts of infringement complained of, the plaintiff named in each cause of action was the owner of the copyright in the composition therein named.

16. The said wrongful acts of the defendants have caused and are causing great injury to the plaintiffs, which damage cannot be accurately computed, and unless this Court restrains the defendants from the further commission of said acts, said plaintiffs will suffer irreparable injury, for all of which the said plaintiffs are without any adequate remedy at law.

//
//
//
//

WHEREFORE, Plaintiffs pray:

I.  That defendants and all persons acting under the direction, control, permission or authority of defendants be enjoined and restrained permanently from publicly performing the aforementioned compositions or any of them and from causing or permitting the said compositions to be publicly performed in defendants' said premises, or in any place owned, controlled or conducted by defendants, and from aiding or abetting the public performance of such compositions in any such place or otherwise.

II. That defendants be decreed to pay such statutory damages as to the Court shall appear just, as specified in 17 U.S.C. § 504(c)(1), namely, not more than Thirty Thousand Dollars ($30,000) nor less than Seven Hundred And Fifty Dollars ($750) in each cause of action herein.

III. That defendants be decreed to pay the costs of this action and that a reasonable attorney's fee be allowed as part of the costs.

IV. For such other and further relief as may be just and equitable.

Dated: March 24, 2009

ARNOLD & PORTER LLP
SHARON DOUGLASS MAYO
DANIKA B. VITTITOE
VIKRAM SOHAL

By: _____
VIKRAM SOHAL
Attorneys for Plaintiffs

# SCHEDULE A

SCHEDULE "A"

| Columns 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Cause of Action | Plaintiff | Musical Composition | Writers | Date of Publication | Certificate of Registration Number | Renewal | Renewal Certificate Date and Number | Date of Known Infringement |
| 1. | RANGE ROAD MUSIC, INC. | ALL OR NOTHING AT ALL | JACK LAWRENCE ARTHUR ALTMAN | 3/25/40 REGISTERED AS UNPUBLISHED 6/20/39 EU 197700 | EP 85552 | ARTHUR ALTMAN, AS "AUTHOR". | 9/16/66 R 393611 | 5/30/08 |
| 2. | SONY/ATV HARMONY | IT'S EASY TO REMEMBER | LORENZ HART RICHARD RODGERS | 3/4/35 REGISTERED AS UNPUBLISHED 11/16/34 EU 95782 | EP 46898 | FAMOUS MUSIC CORPORATION, AS "PROPRIETOR OF COPYRIGHT IN A WORK MADE FOR HIRE (LORENZ HART AND RICHARD RODGERS)". | 3/6/62 R 292014 | 5/30/08 |

SCHEDULE "A"

| Cause of Action | Plaintiff | Musical Composition | Writers | Date of Publication | Certificate of Registration Number | Renewal | Renewal Certificate Date and Number | Date of Known Infringement |
|---|---|---|---|---|---|---|---|---|
| 3. | WILLIAMSON MUSIC COMPANY | MY FAVORITE THINGS | RICHARD RODGERS OSCAR HAMMERSTEIN, II | 9/25/59 | EP 134313 | DOROTHY F. RODGERS, AS "WIDOW OF COMPOSER RICHARD RODGERS"; MARY RODGERS AND LINDA RODGERS, AS "CHILDREN OF DECEASED COMPOSER RICHARD RODGERS"; DOROTHY HAMMERSTEIN AS "THE WIDOW OF THE AUTHOR, OSCAR HAMMERSTEIN, II"; ALICE H. MATHIAS, JAMES B. HAMMERSTEIN AND WILLIAM HAMMERSTEIN, AS "THE CHILDREN OF THE DECEASED AUTHOR, OSCAR HAMMERSTEIN, II". | 3/12/87 RE 335-269  2/17/87 RE 329-351 | 5/31/05 |
| 4. | DANIEL KURAMOTO D/B/A LITTLE TIGER MUSIC | BOB-HOP | DANIEL KURAMOTO | 9/27/94 | PA 731-788 | | | 5/31/08 |
| 5. | DANIEL KURAMOTO D/B/A LITTLE TIGER MUSIC | ONCE BEFORE I SLEEP | DANIEL KURAMOTO | 9/27/94 | PA 731-792 | | | 5/31/08 |

SCHEDULE "A"

| Columns 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Cause of Action | Plaintiff | Musical Composition | Writers | Date of Publication | Certificate of Registration Number | Renewal | Renewal Certificate Date and Number | Date of Known Infringement |
| 6. | DANIEL KURAMOTO D/B/A LITTLE TIGER MUSIC, KIMO CORNWELL D/B/A OMIK MUSIC | ONE FINE DAY | DANIEL KURAMOTO, KIMO CORNWELL | 9/27/94 | PA 731-793 | | | 5/31/08 |
| 7. | DANIEL KURAMOTO D/B/A LITTLE TIGER MUSIC, TERI KOIDE D/B/A SHKAMALEE MUSIC, JAMES KIMO CORNWELL D/B/A OMIK MUSIC | ONLY LOVE | DANIEL KURAMOTO, KIMO CORNWELL, TERI KOIDE | 9/27/94 | PA 731-795 | | | 5/31/08 |
| 8. | UNIVERSAL MUSIC CORPORATION | BE-BOP | JOHN GILLESPIE | 11/5/76 | EP 374-398 | MCA MUSIC, A DIVISION OF MCA INC., EMPLOYER FOR HIRE "AS PROPRIETOR OF COPYRIGHT IN A WORK MADE FOR HIRE" | 12/31/03 RE 890-642 | 5/30/08 |

# CIVIL COVER SHEET

**I. (a) PLAINTIFFS**
Conforming Copy
RANGE ROAD MUSIC, INC., SONY/ATV HARMONY, WILLIAMSON MUSIC COMPANY, DANIEL KURAMOTO D/B/A LITTLE TIGER MUSIC, KIMO CORNWELL D/B/A OMIK MUSIC, TERI KOIDE D/B/A SKHAMALEE MUSIC AND UNIVERSAL MUSIC CORPORATION

**DEFENDANTS**
EAST COAST FOODS, INC. AND HERBERT HUDSON

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** New York (c/o ASCAP)
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** Los Angeles County
(IN U.S. PLAINTIFF CASES ONLY)

**(C) ATTORNEYS (FIRM NAME, ADDRESS AND TELEPHONE NUMBER)**
Vikram Sohal (240251)
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017    (213) 243-4000

**ATTORNEYS (IF KNOWN)**

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties In Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☒1 | Incorporated or Principal Place of Business In This State | ☐4 | ☐4 |
| Citizen of Another State | ☒2 | ☐2 | Incorporated and Principal Place of Business In Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. ORIGIN** (PLACE AN x IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgement

**V. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23   **DEMAND $**
Check YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☒ NO

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
This action arises under the Copyright Act of the United States, Title 17, United States Code Section 101, et seq. (the "Copyright Act"). Jurisdiction is conferred by virute of Title 28, United States Code Section 1338(a).

**VII. NATURE OF SUIT** (PLACE AN x IN ONE BOX ONLY)

| OTHER STATUTES | CONTRACT | TORTS | | FORFEITURE / PENALTY | BANKRUPTCY |
|---|---|---|---|---|---|
| ☐400 State Reapportionment | ☐110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐610 Agriculture | ☐422 Appeal 28 USC 158 |
| ☐410 Antitrust | ☐120 Marine | ☐310 Airplane | ☐362 Personal Injury- Med Malpractice | ☐620 Other Food & Drug | ☐423 Withdrawal 28 USC 157 |
| ☐430 Banks and Banking | ☐130 Miller Act | ☐315 Airplane Product Liability | ☐365 Personal Injury- Product Liability | ☐625 Drug Related Seizure of Property 21 USC 881 | |
| ☐450 Commerce/ICC Rates/etc. | ☐140 Negotiable Instrument | ☐320 Assault, Libel & Slander | ☐368 Asbestos Personal Injury Product Liability | ☐630 Liquor Laws | **PROPERTY RIGHTS** |
| ☐460 Deportation | ☐150 Recovery of Overpayment & Enforcement of Judgment | ☐330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐640 R.R. & Truck | ☒820 Copyrights |
| ☐470 Racketeer Influenced and Corrupt Organizations | ☐151 Medicare Act | ☐340 Marine | ☐370 Other Fraud | ☐650 Airline Regs | ☐830 Patent |
| ☐810 Selective Service | ☐152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐345 Marine Product Liability | ☐371 Truth in Lending | ☐660 Occupational Safety/Health | ☐840 Trademark |
| ☐850 Securities/Commodities/ Exchange | ☐153 Recovery of Overpayment Of Veteran's Benefits | ☐350 Motor Vehicle | ☐380 Other Personal Property Damage | ☐690 Other | **SOCIAL SECURITY** |
| ☐875 Customer Challenge 12 USC 3410 | ☐160 Stockholders' Suits | ☐355 Motor Vehicle Product Liability | ☐385 Property Damage Product Liability | **LABOR** | ☐861 HIA (1395ff) |
| ☐891 Agricultural Act | ☐190 Other Contract | ☐360 Other Personal Injury | | ☐710 Fair Labor Standards Act | ☐862 Black Lung (923) |
| ☐892 Economic Stabilization Act | ☐195 Contract Product Liability | | | ☐720 Labor/Mgmt, Relations | ☐863 DIWC/DIWW (405(g)) |
| ☐893 Environmental Matters | **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐730 Labor/Mgmt, Reporting & Disclosure Act | ☐864 SSID Title XVI |
| ☐894 Energy Allocation Act | ☐210 Land Condemnation | ☐441 Voting | ☐510 Motions to Vacate Sentence Habeas Corpus | ☐740 Railway Labor Act | ☐865 RSI (405(g)) |
| ☐895 Freedom of Information Act | ☐220 Foreclosure | ☐442 Employment | ☐530 General | ☐790 Other Labor Litigation | **FEDERAL TAX SUITS** |
| ☐900 Appeal of Fee Determination Under Equal Access to Justice | ☐230 Rent Lease & Ejectment | ☐443 Housing/ Accommodations | ☐535 Death Penalty | ☐791 Empl. Ret. Inc, Security Act | ☐870 Taxes (U,S, Plaintiff or Defendant) |
| ☐950 Constitutionality of State Statutes | ☐240 Torts to Land | ☐444 Welfare | ☐540 Mandamus & Other | | ☐871 IRS-Third Party 26 USC 7609 |
| ☐890 Other Statutory Actions | ☐245 Tort Product Liability | ☐440 Other Civil Rights | ☐550 Civil Rights | | |
| | ☐290 All Other Real Property | | ☐555 Prison Condition | | |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed?   ☒ No   ☐ Yes
*If yes, list case number(s):* _____

CV09-02059

CV-71 (10/01)        CIVIL COVER SHEET - Continued on Reverse        Page 1 of 2

**FOR OFFICE USE ONLY:** ☐ Pro Hac Vice fee:   ☐ paid   ☐ not paid
Applying IFP _____ Judge _____ Mag. Judge _____

2002 © American LegalNet, Inc.

**CIVIL COVER SHEET**
(Reverse Side)

**AFTER COMPLETING THE FRONT SIDE OF FORM JS-44C, COMPLETE THE INFORMATION REQUESTED BELOW.**

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? ☒ No ☐ Yes

If yes, list case number(s):

CIVIL CASES ARE DEEMED RELATED IF A PREVIOUSLY FILED CASE AND THE PRESENT CASE:
(CHECK ALL BOXES THAT APPLY)
- ☐ A. Appear to arise from the same or substantially identical transactions, happenings, or events;
- ☐ B. Involve the same or substantially the same parties or property;
- ☐ C. Involve the same patent, trademark or copyright;
- ☐ D. Call for determination of the same or substantially identical questions of law, or
- ☐ E. Likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

**IX. VENUE:** List the California County, or State if other than California, in which **EACH** named plaintiff resides (Use an additional sheet if necessary)
☐ CHECK HERE IF THE US GOVERNMENT, ITS AGENCIES OR EMPLOYEES IS A NAMED PLAINTIFF.
New York, New York

List the California County, or State if other than California, in which **EACH** named defendant resides. (Use an additional sheet if necessary),
☐ CHECK HERE IF THE US GOVERNMENT, ITS AGENCIES OR EMPLOYEES IS A NAMED DEFENDANT.
Los Angeles County

List the California County, or State if other than California, in which **EACH** claim arose. (Use an additional sheet if necessary)
NOTE: In land condemnation cases, use the location of the tract of land involved.
Los Angeles County

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** X _____ Date 3/25/09

NOTICE TO COUNSEL/PARTIES: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3.3 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| NATURE OF SUIT CODE | ABBREVIATION | SUBSTANTIVE STATEMENT OF CAUSE OF ACTION |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANGE ROAD MUSIC, INC., SONY/ATV HARMONY, WILLIAMSON MUSIC COMPANY, DANIEL KURAMOTO D/B/A LITTLE TIGER MUSIC, KIMO CORNWELL D/B/A OMIK MUSIC, TERI KOIDE D/B/A SKHAMALEE MUSIC AND UNIVERSAL MUSIC CORPORATION,<br><br>PLAINTIFF(S),<br>V.<br>EAST COAST FOODS, INC. AND HERBERT HUDSON<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV09-02059 MRP JTLx<br><br><br>SUMMONS |

TO:   THE ABOVE-NAMED DEFENDANT(S):

YOU ARE HEREBY SUMMONED and required to file with this court and serve upon plaintiff's attorney

VIKRAM SOHAL, ESQ. , whose address is:
ARNOLD & PORTER LLP
777 S. Figueroa Street
44th Floor
Los Angeles, CA 90017-5844

An answer to the ☒ COMPLAINT, ☐ _____ AMENDED COMPLAINT,
(1", 2", etc.)
☐ COUNTERCLAIM, ☐ CROSS-CLAIM which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK, U. S. DISTRICT COURT

DATE: MAR 25 2009          By   LA'REE HORN
                                Deputy Clerk
                                (SEAL OF THE COURT)
                                1192

CV-1A (01/01)                SUMMONS

2002 © American LegalNet, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Mariana P. Pfaelzer and the assigned discovery Magistrate Judge is Jennifer T. Lum.

The case number on all documents filed with the Court should read as follows:

**CV09- 2059 MRP (JTLx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

The United States District Judge assigned to this case will review all filed discovery motions and thereafter, on a case-by-case or motion-by-motion basis, may refer discovery related motions to the Magistrate Judge for hearing and determination

================================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY