"O"

FILED
CLERK, U.S. DISTRICT COURT

APR - 1 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

RANGE ROAD MUSIC, INC., SONY/ATV HARMONY, WILLIAMSON MUSIC COMPANY, DANIEL KURAMOTO D/B/A LITTLE TIGER MUSIC, KIMO CORNWELL D/B/A OMIK MUSIC, TERI KOIDE D/B/A SKHAMALEE MUSIC AND UNIVERSAL MUSIC CORPORATION,

    Plaintiffs,

v.

EAST COAST FOODS, INC. AND HERBERT HUDSON,

    Defendants.

Case No. 09CV02059 CAS (AGRX)

[~~AMENDED PROPOSED~~] JUDGMENT

627878v1

WHEREAS, the Court, the Honorable Christina A. Snyder presiding, having GRANTED plaintiffs/counter-defendants Range Road Music Inc., Sony/ATV Harmony, Williamson Music Company, Daniel Kuramoto d/b/a Little Tiger Music, Kimo Cornwell d/b/a Omik Music, Teri Koide d/b/a Skhamalee Music and Universal Music Corporation's ("Plaintiffs") Motion for Summary Judgment on their Complaint against defendants/counter-claimants East Coast Foods, Inc. and Herbert Hudson ("Defendants"); and

WHEREAS, the Court having DENIED Defendants' Motion for Summary Judgment against Plaintiffs;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs shall have the following judgment against Defendants, jointly and severally:

1. Defendants and their respective agents, servants, employees and any other persons in active participation and concert with them are enjoined and restrained permanently from publicly performing, and from causing or permitting to be publicly performed, without prior authorization, at Defendants' premises, known as Roscoe's House of Chicken & Waffles/The Sea Bird Jazz Lounge, and located at 730 E. Broadway, Long Beach, California, the following eight (8) musical compositions, the copyrights in which are owned by the Plaintiffs herein and identified in the Complaint filed in this action by the Certificate of Copyright Registration set forth following each title: ALL OR NOTHING AT ALL – EP 85552; IT'S EASY TO REMEMBER – EP 46898; MY FAVORITE THINGS – EP 134313; BOB-HOP – PA 731-788; ONCE BEFORE I SLEEP – PA 731-792; ONE FINE DAY – PA 731-793; ONLY LOVE – PA 731-795; and BE-BOP – EP 374-398;

2. Defendants shall pay to Plaintiffs on their eight (8) counts of copyright infringement the sum of $4,500.00 in statutory damages per count, for a total of $36,000.00 damages in the aggregate;

3. Defendants shall pay to Plaintiffs their costs incurred herein, including reasonable attorneys' fees, the amount of which is to be determined by way of motion filed with this Court; and

4. This Judgment shall bear interest as permitted by 28 U.S.C. § 1961.

The Court further orders that the Defendants' counterclaim against Plaintiffs is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: 3/31/10

Honorable Christina A. Snyder
United States District Judge